# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRENNICE S WARFIELD | ) | |
| 2253 RIVERWAY DRIVE | ) | CASE NO. 17-02210-MH3-13 |
| OLD HICKORY, TN 37138 | ) | JUDGE MARIAN F HARRISON |
| | ) | |
| | ) | |

SSN XXX-XX-2123

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 12/4/2017.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 12/27/2017 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

## NOTICE OF MOTION TO DISALLOW CLAIM OF
## OCWEN LOAN SERVICING LLC (PAYEE OCWEN LOAN SERVICING) COURT'S CLAIM #8

    Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief:  Motion To Disallow Claim of OCWEN LOAN SERVICING LLC (PAYEE OCWEN LOAN SERVICING).

    **YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before <u>the response date stated above</u>, you or your attorney must:

1. File with the court your response or objection explaining your position.  Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing.  Any response objection you wish to file must be submitted electronically.  To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

 If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584.  The Bankruptcy Court may be visited in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

2. Your response must state the deadline for filing response,  the date of the scheduled hearing,  and the motion to which you are responding .

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

    <u>/s/ Henry E. Hildebrand, III</u>
    HENRY E. HILDEBRAND, III
    CHAPTER 13 TRUSTEE
    P O BOX 340019
    NASHVILLE, TN  37203
    PHONE:  615-244-1101
    FAX:  615-242-3241
    pleadings@ch13nsh.com

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRENNICE S WARFIELD ) | CASE NO. 17-02210-MH3-13 |
| 2253 RIVERWAY DRIVE ) | JUDGE MARIAN F HARRISON |
| OLD HICKORY, TN 37138 ) | |
| ) | |

SSN XXX-XX-2123

## MOTION TO DISALLOW CLAIM OF
## OCWEN LOAN SERVICING LLC (PAYEE OCWEN LOAN SERVICING) COURT'S CLAIM #8

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court disallow the proof of claim asserted on behalf of OCWEN LOAN SERVICING LLC (payee OCWEN LOAN SERVICING), filed as claim #8 on the Court's claims register. In support thereof, the Trustee would state as follows:

The Proof of Claim was filed after the bar date. The proof of claim was filed after the final date for filing proofs of claims. The claim was filed on 10/27/2017 12:00:00AM. The last day for general creditors to file proofs of claim was August 14, 2017 pursuant to Rule 3002(c). The last day for governmental creditors to file proofs of claim was September 26, 2017 pursuant to 11 U.S.C § 502 (b)(9). The Trustee has examined the claim and moves the Court that it be disallowed as not being timely filed pursuant to 11 U.S.C § 502(b)(9).

WHEREFORE, the premises considered, the Trustee requests that this court disallow the proof of claim asserted by OCWEN LOAN SERVICING LLC, payee OCWEN LOAN SERVICING, filed as claim #8 on the Court's claims register.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on BRENNICE S WARFIELD, 2253 Riverway Drive, Old Hickory, TN 37138;
OCWEN LOAN SERVICING 1661 WORTHINGTON RD STE 100, WEST PALM BEACH, FL 33409;
OCWEN LOAN SERVICING ATTN BANKRUPTCY DEPT, P O BOX 24605, WEST PALM BEACH, FL 33416;
SHAPIRO AND INGLE LLP 10130 PERIMETER PKWY STE 400, CHARLOTTE, NC 28216;
OCWEN LOAN SERVICING LLC, c/o CORPORATION SERVICE COMPANY, 2908 POSTON AVE, NASHVILLE TN 37203;
OCWEN LOAN SERVICING LLC, 1100 VIRGINIA DRIVE STE 175, FORT WASHINGTON PA 19034;

By U.S. Postal Service, certified mail:
OCWEN LOAN SERVICING 1661 WORTHINGTON RD STE 100, WEST PALM BEACH, FL 33409;

By U.S. Postal Service, certified mail:
HSBC BANK USA NA, 1800 TYSONS BLVD, MCLEAN VA 22102;

and by email by Electronic Case Noticing to Ms Beth R Derrick, Assistant US Trustee, and J MICHAEL COMBS, Debtor's counsel

on this 3rd day of November, 2017.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BRENNICE S WARFIELD )
2253 RIVERWAY DRIVE ) CASE NO. 17-02210-MH3-13
OLD HICKORY, TN 37138 )
) JUDGE MARIAN F HARRISON
)

SSN XXX-XX-2123

## ORDER TO DISALLOW CLAIM OF
## OCWEN LOAN SERVICING LLC (PAYEE OCWEN LOAN SERVICING) COURT'S CLAIM #8

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The Proof of Claim was filed after the bar date;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed.

    Creditor Name: OCWEN LOAN SERVICING LLC (payee OCWEN LOAN SERVICING)
    Court's Claim Number: 8
    Account Number: xxxxxxxx8663

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.