IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BRENNICE S. WARFIELD, ) BK. NO. 3:17-bk-02210
2253 RIVERWAY DRIVE ) CHAPTER 13
OLD HICKORY, TN 37138 ) JUDGE MARIAN F. HARRISON
SSN: XXX-XX-2123 )
    Debtor(s). )
)

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: JANUARY 29, 2018. IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: FEBRUARY 20, 2018, <u>8:30 a.m., Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203</u>**

NOTICE OF MOTION TO RECONSIDERR ORDER DISALLOWING CLAIM

CLAIM    Debtor has asked the court for the following relief: <u>TO RECONSIDER ORDER DISALLOWING</u>

1. File with the court your written response or objection explaining your position at:

   By Mail:    US Bankruptcy Court, PO Box 24890, Nashville, TN 37202-4890
   In Person:    US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
   (Monday-Friday, 8:00 a.m. - 4:00 p.m.)

2. Your response must state that the deadline for filing responses is January 29, 2018, the date of the scheduled hearing is February 20, 2018, and the motion to which you are responding is Motion to Reconsider Order Disallowing Claim. If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:

   J. Michael Combs
   Attorney at Law
   102 Woodmont Boulevard.
   Suite 200
   Nashville, TN 37205

   Chapter 13 Trustee
   P. O. Box 340019
   Nashville, TN 37203-0019

   U. S. Trustee
   318 Customs House
   701 Broadway
   Nashville, TN 37203

    If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATE:   <u>12/28/2017</u>        Signature:    <u>/s/ J. Michael Combs</u>
                                         Name:       J. Michael Combs
                                                                        102 Woodmont Blvd., Suite 200
                                                                        Nashville, TN 37205
                                                                        615-255-7448
                                                                        bk@jmichaelcombs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BRENNICE S. WARFIELD, ) BK. NO. 3:17-bk-02210
2253 RIVERWAY DRIVE ) CHAPTER 13
OLD HICKORY, TN 37138 ) JUDGE MARIAN F. HARRISON
SSN: XXX-XX-2123 )
    Debtor(s). )
)
)

## MOTION TO RECONSIDER THE ORDER DISALLOWING CLAIM OF OCWEN LOAN SERVICING, LLC

Comes now the Debtor, by and through the undersigned counsel, and would and would move this Court to set aside the Order disallowing the claim that she filed on behalf of her mortgage company, Ocwen Loan Servicing, LLC, (hereinafter "Ocwen").

In support of this motion Debtor would show that her counsel did receive a correspondence from Ocwen inquiring as to whether or not Debtor's counsel would be willing to file a claim on behalf of Ocwen if sufficient information were provided. Of course counsel responded that he had already filed a claim and could simply amend that if the appropriate information be provided.

The email that Debtor's counsel sent to the counsel for Ocwen indicated that counsel was out and would reply when he or she got back in town. Debtor's counsel has not yet heard anything further from counsel for Ocwen.

However the very fact that Debtor's counsel did receive what appears to be a gratuitous email from counsel for Ocwen gives some hope.

Wherefore, Debtor would respectfully requests that the Order disallowing the claim that she filed on behalf of Ocwen be SET ASIDE.

                              Respectfully submitted,

                              /s/ J. Michael Combs
                              **J. MICHAEL COMBS**
                              Attorney for Debtor
                              102 Woodmont Blvd., Suite 200
                              Nashville, TN 37205
                              (615) 255-7448
                              bk@jmichaelcombs.com

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing document to the Chapter 13 Trustee, P. O. Box 340019, Nashville, TN 37203-0019; to the U. S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203; and to all creditors on the attached matrix **(10 copies X $1.00 = $10.00)** on this 28th day of December, 2017.

                              /s/ J. Michael Combs
                              J. MICHAEL COMBS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BRENNICE S. WARFIELD, ) BK. NO. 3:17-bk-02210
2253 RIVERWAY DRIVE ) CHAPTER 13
OLD HICKORY, TN 37138 ) JUDGE MARIAN F. HARRISON
SSN: XXX-XX-2123 )
    Debtor(s). )
)

## ORDER RECONSIDERING ORDER DISALLOWING CLAIM OF OCWEN LOAN SERVICING, LLC

It appearing to the Court that this cause came to be heard upon the Debtor's request to reconsider the Order disallowing the claim filed by

And it further appearing that no response to that objection has been filed with this Court.

IT IS, THEREFORE ORDERED, ADJUDGED and DECREED that the Order Disallowing the claim filed by debtor on behalf of Ocwen is set aside.

This order was signed and entered electronically as indicated at the top of the first page.

**APPROVED FOR ENTRY:**

/s/ J. Michael Combs
**J. MICHAEL COMBS**
Attorney for Debtor(s)
102 Woodmont Blvd., Suite 200
Nashville, TN 37205
(615) 255-7448
bk@jmichaelcombs.com

BRENNICE S. WARFIELD
2253 RIVERWAY DRIVE
OLD HICKORY TN 37138

J. MICHAEL COMBS
LAW OFFICE OF J. MICHAEL COMBS
102 WOODMONT BLVD
SUITE 200
NASHVILLE, TN 37205

CACH, LLC
4340 S MONACO, 2ND FL
DENVER CO 80237

CITI FINANCIAL INC.
872 MADISON SQUARE
MADISON TN 37115

OCWEN LOAN SERVICING, LLC
PO BOX 24605
ATTN: BANKRUPTCY DEPT
WEST PALM BEACH FL 33416-4605

PORTFOLIO RECOVERY
P O BOX 12914
NORFOLK VA 23541

SANTANDER CONSUMER USA
ATTN: BANKRUPTCY DEPT
P. O. BOX 560284
DALLAS TX 75356-0284

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD, STE 300
HIGHLANDS RANCH CO 80129

THE HOUSING FUND
305 11TH AVE., SO
NASHVILLE TN 37203

WATERFORD HOA
% SCOTT D. WEISS, ATTY
1900 CHURCH ST., STE 301
NASHVILLE TN 37203