Marian F. Harrison
US Bankruptcy Judge

Dated: 3/14/2018



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BRENNICE S. WARFIELD, ) Bk. No. **17-02210-MH3-13**
2253 Riverway Drive ) Chapter 13
Old Hickory, TN 37138 ) Judge Marian F. Harrison
)
SSN: XXX-XX-2123 )
)
          Debtor(s). )

<u>ORDER DENYING DEBTOR'S APPLICATION TO SET ASIDE ORDER
DISALLOWING CLAIM OF OCWEN LOAN</u>

      This matter came to be heard on March 7, 2018, continued from February 21, 2018, upon the debtor's Application for the Court to reconsider its order of December 15, 2017 which had disallowed Court claim 8, a claim of Ocwen Loan Servicing.

      The Trustee, noting the Court's Virtual Order, asked that the matter be reset. Based upon the confusion that was included in the debtor's application to set aside an order that disallowed a claim of a mortgage servicer, the Court determined that the debtor's application should be denied without prejudice for the debtor to refile the appropriate application. It is therefore

      ORDERED, the debtor's Application to Set Aside this Court's Order disallowing the claim of Ocwen Loan Servicing is denied without prejudice for the debtor to seek to set aside the earlier order of the Court with adequate notice to all parties in interest.

                                       THIS ORDER WAS SIGNED AND ENTERED
                                       ELECTRONICALLY AS INDICATED AT THE
                                       TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certifies that on or before the 13th day of March, 2018, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
J. Michael Combs, Counsel for Debtor

***By U. S. Postal Service, postage prepaid to:***

Brennice S. Warfield, 2253 Riverway Drive, Old Hickory, TN 37138
Kyle Stewart, Shapiro & Ingle LLP, 10130 Perimeter Pkwy., Suite 400, Charlotte, NC 28216

                                    /s/ Henry E. Hildebrand, III
                                    _____
                                    Henry E. Hildebrand, III
                                    Chapter 13 Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.